LAW OFFICES OF
**DONNA R. NEWMAN**
ATTORNEY AT LAW
20 VESEY STREET, SUITE 400
NEW YORK, NEW YORK 10007
TEL. 212-229-1516
FAX 212-676-7497
DONNANEWMANLAW@AOL.COM
MEMBER: N.Y. & N.J. BAR

October 13, 2022

Via Email and ECF

The Honorable Paul G. Gardephe
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

Re: *United States v. Nathanael Foucault*
    *22cr514(PGG)*

**MEMO ENDORSED**

**The Application is granted.**

**SO ORDERED:**

**Paul G. Gardephe, U.S.D.J.**
Dated: Oct. 22, 2022

Dear Judge Gardephe:

On September 29, 2022 I was appointed to represent Mr. Foucault in the above referenced matter pursuant to the Criminal Justice Act. On October 8, 2022, Jeffrey Chabrowe entered his appearance on behalf of Mr. Foucault as his retained counsel. See See Dkt. Enty 54 (notice of appearance for Jeffery Chabrowe, retained counsel).. Accordingly, I write to respectfully request the Court relieve me as counsel for Mr. Foucault.

Respectfully submitted,
/s/
Donna R. Newman
Cc: All counsel via ECF