# THE LAW OFFICE OF JEFF CHABROWE

521 Fifth Avenue, 17th Floor New York, NY 10175 | Tel. 917.529.3921 | F 212.659.4350

June 30, 2023

Hon. Paul G. Gardephe
United States District Court
  Southern District of New York
40 Foley Square
New York, NY 10007

   Re: *USA v. Nathanael Foucault,* Case No. 1:22-cr-00514-PGG-8
    Request for Bond Modification

Dear Judge Gardephe,

  I am requesting that the defendant's bond be modified to remove the curfew enforced by location monitoring condition. Mr. Foucault has been fully compliant with the terms of his supervised release for 10 months now.

  Pre-trial services and the government both consent to this request. Pre-trial cited Mr. Foucault's compliance to date and the fact that pre-trial did not recommend curfew enforced by location monitoring at his initial appearance as the justification for their consent. The government deferred to pre-trial.

  Thank you for your time and consideration in this matter.

     Respectfully submitted,

     *Jeff Chabrowe*

     **JEFFREY CHABROWE, ESQ.**
     LAW OFFICES OF JEFFREY CHABROWE
     521 Fifth Avenue, 17th Floor
     New York, NY 10175
     (917) 529-3921
     jeff@chabrowe.com
     *Counsel for Defendant Nathanael Foucault*

MEMO ENDORSED
The Application is granted.
SO ORDERED:

*Paul G. Gardephe*

Paul G. Gardephe, U.S.D.J.
Date: July 5, 2023