UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.

NATHANAEL FOUCAULT,

Defendant.

**ORDER**

**22 Cr. 514 (PGG)**

WHEREAS, with defendant Nathanael Foucault's consent, his guilty plea allocution was made before a United States Magistrate Judge on September 11, 2023;

WHEREAS, a transcript of the allocution was made and thereafter was transmitted to the District Court; and

WHEREAS, upon review of that transcript, this Court has determined that the defendant entered the guilty plea knowingly and voluntarily and that there was a factual basis for the guilty plea;

IT IS HEREBY ORDERED that the defendant's guilty plea is accepted.

Dated:       New York, New York
             _____Nov. 3_____, 2023

                    _____
                    HONORABLE PAUL G. GARDEPHE
                    UNITED STATES DISTRICT JUDGE
                    SOUTHERN DISTRICT OF NEW YORK