# THE LAW OFFICE OF JEFF CHABROWE

521 Fifth Avenue, 17th Floor New York, NY 10175 | Tel. 917.529.3921 | F 212.659.4350

January 19, 2024

Hon. Paul G. Gardephe
United States District Court
  Southern District of New York
40 Foley Sq
New York, NY 10007

   Re: *Nathanael Foucault (US v. Damus),* Case No. 1:22-cr-00514-PGG-8
     Request for Travel

Dear Judge Gardephe:

 I am requesting that the above defendant be allowed to travel to Atlanta, Georgia from January 28 to January 31 to visit family. Pre-trial services consents to this request. The government defers to pre-trial. Mr. Foucault will supply records of his flight itinerary and lodging to his pre-trial officer.

 Thank you for your time and consideration in this matter.

             Respectfully submitted,

             *Jeff Chabrowe*

             **JEFFREY CHABROWE, ESQ.**
             **LAW OFFICES OF JEFFREY CHABROWE**
             521 Fifth Avenue, 17th Floor
             New York, NY 10175
             (917) 529-3921
             jeff@chabrowe.com
             ***Counsel for Defendant Nathanael Foucault***

**MEMO ENDORSED**
The Application is granted.
**SO ORDERED:**

*Paul G. Gardephe*
Paul G. Gardephe, U.S.D.J.
Dated: January 22, 2024