UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-against-<br><br>NATHANAEL FOUCAULT,<br><br>Defendant. | **ORDER**<br><br>22 Cr. 514 (PGG) |

PAUL G. GARDEPHE, U.S.D.J.:

Sentencing in this matter scheduled for April 9, 2024, at 11:00 a.m. will now take place on **April 9, 2024, at 12:00 p.m.** in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

Dated: New York, New York
April 4, 2024

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge