# THE LAW OFFICE OF JEFF CHABROWE

521 Fifth Avenue, 17th Floor New York, NY 10175 | Tel. 917.529.3921 | F 212.659.4350

November 18, 2024

Hon. Paul G. Gardephe
United States District Court
  Southern District of New York
40 Foley Sq
New York, NY 10007

Re: *U.S. v. Damus et al,* Case No. 22-cr-00514
Letter Motion for Return of Defendant Foucault's Phone and Passport

Dear Judge Gardephe:

Regarding defendant Nathanael Foucault ("Defendant") in the above-listed case, the undersigned requests an Order directing pretrial services to return Defendant's passport to Defendant, undersigned counsel, or a member of counsel's staff.

Thank you for your time and consideration in this matter.

Respectfully submitted,

*Jeff Chabrowe*

JEFFREY CHABROWE, ESQ.
LAW OFFICES OF JEFFREY CHABROWE
521 Fifth Avenue, 17th Floor
New York, NY 10175
(917) 529-3921
jeff@chabrowe.com
**Counsel for Defendant Nathanael Foucault**

**MEMO ENDORSED**
The Application is granted.
SO ORDERED:

*Paul G. Gardephe*
Paul G. Gardephe, U.S.D.J.

Dated: November 20, 2024